868 A.2d 321

JOHN G. OSTROWSKI AND DOLORES OSTROWSKI, HUSBAND AND WIFE, PLAINTIFFS–RESPONDENTS, v. CAPE TRANSIT CORP. AND TED M. LIVELY, DEFENDANTS–APPELLANTS AND JOHN DOES 1–5, JOINTLY, SEVERALLY OR IN THE ALTERNATIVE, DEFENDANTS.

Argued February 28, 2005—Decided March 17, 2005.

*F. Herbert Owens, III,* argued the cause for appellants (*Cooper Levenson April Niedelman & Wagenheim* and *Sweeney & Sheehan,* attorneys; *Gerard W. Quinn,* on the briefs).

*Lars S. Hyberg,* argued the cause for respondents (*McAllister, Hyberg, White & Cohen,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Skillman's opinion of the Appellate Division, reported at 371 *N.J.Super.* 499, 853 *A.2d* 985 (2004).

*For affirmance*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE and RIVERA–SOTO—7.

*Opposed*—None.